# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ADRIAN BAKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:20-cv-672-MHH-GMB |
| JEFFERSON DUNN, *et al.*, | ) ) ) |
| Defendants | ) ) |

## MEMORANDUM OPINION AND ORDER

Plaintiff Adrian Baker filed a *pro se* complaint and amended complaint pursuant to 42 U.S.C. § 1983.  Ms. Baker alleges violations of her rights under the Constitution of the United States. Docs. 1 & 7. Ms. Baker names the following defendants in her complaint: Commissioner Jefferson Dunn, Dr. Tytell, Dr. Stone, Wexford Health Sources, Inc., and the Gender Dysphoria Management Committee. Doc. 1, p. 3.[1]

On June 8, 2022, the Magistrate Judge entered a report in which he recommended that that the Court grant the defendants' motions for summary

---

[1] The original Order for Special Report (Doc. 10) did not construe Ms. Baker's complaint as stating a claim against Warden Toney.  Ms. Baker failed to notify the Court that it had misconstrued her claims, as the order directed, but later filings have made clear that she intended to sue Warden Toney.  For this reason, the Magistrate Judge entered a second Order for Special Report (Doc. 47) and directed the Clerk of Court to add Warden Toney as a defendant.  The Magistrate Judge's report and recommendation does not address the claim pending against Warden Toney.

judgment. Doc. 48. The Magistrate Judge advised the parties of their right to file specific written objections within 14 days, but the Court has not received objections.

Having reviewed Ms. Baker's allegations and the Magistrate Judge's report, the Court accepts the Magistrate Judge's recommendation. Consistent with that recommendation, the Court grants the defendants' motions for summary judgment and dismisses the claims against the defendants.

The Court refers Ms. Baker's claim against Warden Toney to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this July 7, 2022.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE