FILED

2023 Jan-19  AM 10:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ADRIAN BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  5:20-cv-672-MHH-GMB |
| | ) | |
| JEFFERSON DUNN, *et al*., | ) | |
| | ) | |
| Defendants | ) | |

## MEMORANDUM OPINION AND ORDER

On December 8, 2022, the Magistrate Judge entered a report in which he recommended that the Court treat the defendant's special report as a motion for summary judgment and that the Court grant in part and deny in part the motion. (Doc. 56).  The Magistrate Judge advised the parties of their right to file specific written objections within 14 days; to date, the Court has not received objections.

After consideration of the record in this case and the Magistrate Judge's report, the Court adopts the report and accepts the Magistrate Judge's recommendation.  Consistent with that recommendation, the Court grants the defendant's motion for summary judgment as to Ms. Baker's equal protection claims regarding hair length and access to hair relaxer products and denies the motion as to Ms. Baker's equal protection claim regarding access to cosmetic foundation.

The Clerk shall please substitute Warden Streeter for Warden Toney as the defendant in this action for injunctive relief because Warden Streeter replaced Ms. Toney as the Warden of Limestone Correctional Facility when Ms. Toney retired from the Alabama Department of Corrections.  (Doc. 54-1).

The Court refers this matter to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this January 19, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE